NOROTON HEIGHTS FIRE DEPARTMENT, INC. *v.*
VUONO-LIONE, INC.

The defendant's motion to dismiss the appeal
from the Superior Court in Fairfield County at
Stamford is denied.

*William F. Hickey, Jr.,* for the appellee (defendant).

*James V. Joy, Jr.,* for the appellant (plaintiff).

Argued April 3—decided April 3, 1973

FITZPATRICK'S, INC. *v.* ROBERT C. LEUBA,
COMMISSIONER OF MOTOR VEHICLES

The plaintiff's motion to dismiss the appeal from
the Court of Common Pleas in Hartford County
is denied.

*Joseph E. Sakal,* for the appellee (plaintiff).

*Richard R. Brown,* assistant attorney general, for
the appellant (defendant).

Argued April 3—decided April 3, 1973

STANLEY CZUPKOWSKI *v.* E. GAYNOR BRENNAN ET AL.

The plaintiff's motion to dismiss the defendants'
cross appeal from the Court of Common Pleas in
Fairfield County at Stamford is denied.

*David M. Wallman,* for the appellee (plaintiff).

*Theodore Godlin,* assistant corporation counsel,
for the appellants (defendants).

Argued April 3—decided April 3, 1973